IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

A. N. K., Guardian of A.G.K., a protected person and a victim of sexual assault; and L. K., Guardian of A.G.K., a protected person and a victim of sexual assault;

Plaintiffs,

vs.

APACE, a Nebraska political subdivision; MAURICE BRASSELL, in his individual and official capacity; and DOES 1 - 5, in their individual and official capacities;

Defendants.

**4:25CV3254**

**ORDER TO SHOW CAUSE**

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiffs have not filed a return of service indicating service on Defendant Maurice Brassell, and Defendant Brassell has not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until September 14, 2026 to show cause why the claims against Defendant Brassell should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result dismissal of these claims without further notice.

Dated this 31st day of August, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge