IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

A.N.K., Guardian of A.G.K., a protected person and a victim of sexual assault; and L.K., Guardian of A.G.K., a protected person and a victim of sexual assault;

Plaintiffs,

vs.

APACE, a Nebraska political subdivision; MAURICE BRASSELL, in his individual and official capacity; and DOES 1 - 5, in their individual and official capacities;

Defendants.

**4:25CV3254**

**ORDER FOR DISMISSAL**

This matter is before the Court on Plaintiffs' Motion to Dismiss Defendant Maurice Brassell, as they have been unable to locate him for service of process. (Filing No. 29.) In accordance with the Motion,

**IT IS ORDERED** that Defendant Maurice Brassell is dismissed without prejudice from this suit.

Dated this 16th day of September, 2026.

BY THE COURT:

Susan M. Bazis
Susan M. Bazis
United States District Judge